UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Attorneys for Debtor
Champ Enterprises, LLC
By:  John O'Boyle (JO – 6337)
       joboyle@norgaardfirm.com

Order Filed on February 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CHAMP ENTERPRISES, LLC,

Debtor.

Case No.:     24-10402

Chapter:

Judge:        11

**ORDER AUTHORIZING RETENTION OF**

Counsel to Debtor-in-Possession

The relief set forth on the following page is **ORDERED**.

**DATED: February 13, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain  Norgaard O'Boyle & Hannon
as  counsel to the Debtor-in-possession , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Norgaard O'Boyle & Hannon
   184 Grand Avenue
   Englewood, NJ  07631

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.