| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorneys for Secured Creditor,<br>Wilmington Savings Fund Society, FSB d/b/a<br>Christiana Trust, not in its Individual capacity but<br>solely as Owner Trustee of Residential Credit<br>Opportunities Trust II | |
| CHAMP ENTERPRISES. LLC<br><br><br><br>DEBTOR. | Case No. 24-10402<br><br>Chapter 11<br><br>Judge:  JKS<br><br>Hearing Date:  April 9, 2024 @ 10:00 a.m. |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

    ☐ Settled          ☒ Withdrawn

Matter:

Please withdraw the Motion for Relief, Document Number 42, filed on April 18, 2024.


Date:  April 24, 2024            By: /s/EMMANUEL J. ARGENTIERI
                                                                    EMMANUEL J. ARGENTIERI

*rev.8/1/15*