**Caption in compliance with D.N.J. LBR 9004-1(b)**
NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Debtor,
Champ Enterprises, LLC
*By: John O'Boyle (JO -6337)*
*joboyle@norgaardfirm.com*

| In Re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE |
|---|---|
| **Champ Enterprises, LLC,** | Chapter 11 |
| Debtor. | Case No. 24-10402 JKS |
| | Hearing Date: June 11, 2024 |

**NOTICE OF MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 11 CASE PURSUANT TO BANKRUPTCY CODE SEC. 1112(b)(1)**

Champ Enterprises, LLC ("Movant"), the Debtor and Debtor-in-possession in the above-captioned case, respectfully moves to voluntarily dismiss the case pursuant to Bankruptcy Code Sec. 1112(b)(1). **Your rights may be affected.** You should read these papers carefully and discuss them with your lawyer, if you have one on this case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to enter the requested order, or if you want the court to consider your views on the motion, then at least seven (7) days in advance of the hearing date, you or your lawyer must file with the court a written response or answer explaining your position, and mail a copy too:

Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, New Jersey 07631

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it at least seven (7) days in advance of the hearing date.

**HEARING SCHEDULED TO BE HELD BEFORE:**
Honorable: John K. Sherwood, U.S.B.J.
Date: June 11, 2024
Time: 10:00 AM
Place: King Federal Building, 50 Walnut Street, Newark, NJ 07102

APPEARANCES MAY BE MADE TELEPHONICALLY
THROUGH COURT SOUTIONS

Pursuant to D.N.J. LBR 9013-1(f), the movant waives oral argument unless opposition to the motion is filed or the court requires appearances. Pursuant to D.N.J. LBR 9013-1(d), if you wish to oppose the motion, you must file with the Office of the Clerk of the Bankruptcy Court responding papers stating with particularity the basis of your opposition to the motion.

Copies of the proposed order that Movant seeks is enclosed with this Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter the order requested therein.

**Statement of Non-Necessity of Brief**: The movant certifies pursuant to D.N.J. LBR 9013-2 that this motion involves common questions of law and fact and does not involve complex or novel issues requiring the submission of a separate legal brief.

NORGAARD, O'BOYLE & HANNON
*Attorneys for the Chapter 7 Trustee*

Dated: May 15, 2024

*/s/ John O'Boyle*
John O'Boyle, Esq.