NORGAARD O'BOYLE & HANNON
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number (201) 871-1333
Facsimile Number (201) 871-3161
Attorneys for Debtor,
Champ Enterprises, LLC
By:    John O'Boyle (JO – 6337)

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY NEWARK VICINAGE |
| CHAMP ENTERPRISES, LLC | |
| Debtors. | Chapter 11<br><br>Case No. 24-10402 (JKS) |

**CERTIFICATION IN SUPPORT OF DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 11 CASE PURSUANT TO BANKRUPTCY CODE SEC. 1112(b)(1)**

Dominick D. Santiago certifies as follows:

1.    I am the sole and managing member of Champ Enterprises, LLC, the Debtor herein.  I make this certification in support of the Debtor's Motion to Voluntarily Dismiss the above-captioned Chapter 11 Case pursuant to Bankruptcy Code Sec. 1112(b).

2.    The Debtor is a Single Asset Real Estate company.  At the time it filed for bankruptcy relief, its principal asset was the real property commonly known as 148 Lewis Street Paterson, NJ (the "Property").

3.    On April 4, 2024, the Debtor field a motion with this Court for authority to sell the Property (ECF No. 43).  As set forth in my certification filed in connection with the motion, the Debtor intended to pay all mortgages, judgments and other lien at closing (ECF No,. 43-1).

4.    By order dated April 9, 2024, this court granted the Debtor authority to sell the property (ECF No. 52).  The parties closed the sale on April 19.

5. At the closing, the Debtor arranged for payment of all claims of all of its creditors. The claims against the Debtor included the Broker's commission; the mortgage of Wilmington Savings Fund Society; outstanding taxes and sewer charges owed to the City of Paterson; a $200.00 judgment held by the Bureau of Housing Inspection; and the Passaic Valley Water Commission's claim for water service. An escrow was created for payment of the judgment, and all other claims were paid at closing.

6. As all claims against the Debtor have been paid or addressed, I respectfully submit that good cause exists for this Court to dismiss the case under Bankruptcy Code Sec. 1112(b)(1). The Debtor has no further claims to address through the Chapter 11 Plan process.

7. I understand that notwithstanding the dismissal of the case, the Debor will be required to pay any statutory fees due the Office of the United States Trustee. The order that the Debor seeks herein will require payment of any US Trustee fees within thirty (30) days of its entry.

WHEREFORE, I respectfully request thus Court to enter an Order Dismissing the above-captioned Case.

I certify that the forgoing statements are true. I am aware that if the foregoing statements are willfully false, I am subject to punishment.

Dated: May 1, 2024                                      /s/ Dominick D. Santiago   
                                                                       Dominick D. Santiago